ACCEPTED
06-15-00026-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/16/2015 7:03:32 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00026-CR through 06-15-00028-CR

| | | | |
|---|---|---|---|
| **ROGER DALE GAMMONS** | § | **IN THE** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | |
| **v** | § | **6th COURT** | 6/17/2015 8:22:00 AM |
| | § | | |
| **STATE OF TEXAS** | § | **OF APPEALS** | DEBBIE AUTREY<br>Clerk |

### SECOND MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes The State of Texas, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2.    The case below was styled the STATE OF TEXAS vs. ROGER DALE GAMMONS and numbered as 1423872 through 1423874.

3.    The Appellant was convicted and sentenced by the jury to LIFE in the penitentiary on each case.

4.    The Appellee's brief was due on June 15, 2015. Appellee requests an extension time of approximately one day to file his brief. (June 16, 2015)

6.    One previous extension to file the brief have been received by Appellee in this cause.

7.    Appellee requests a one day extension because Appellee's attorney has been heavily involved in preparing for a murder trial that was heard on June 8, 2015 in the 8th Judicial District Court entitled *State of Texas v. Roy Dean Duffey*.

8.    Appellee is filing *Appellee's Brief* at the same time as the filing of this motion.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Motion to Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

By:    //s// Will Ramsay
    Will Ramsay
    8th Judicial District Attorney
    State Bar No. 24039129
    P.O. Box 882
    110 Main Street
    Sulphur Springs, TX 75482
    Ph: (903) 885-0640
    Fax: (903) 885-0641
    wramsay@hopkinscountytx.org
    Attorney for Appellee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF was delivered via email to J. Edward Niehaus, Attorney for Appellant, on June 16, 2015.

//s//Will Ramsay
WILL RAMSAY—Attorney for the Appellee